**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2029*

September 28, 2026

SO ORDERED this 29th day
of September 2026
Christine P. O'Hearn
United States District Judge

**<u>Via ECF</u>**
Hon. Christine P. O'Hearn, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *A.J.P.S. v. Benzel, et al.*, No. 26-11858 (CPO)**
**First Extension Request**

Dear Judge O'Hearn:

This Office represents Respondents in the above-referenced immigration matter. Respondents' deadline to submit a response to Petitioner's reply, ECF No. 16, is today, September 28, 2026. Respondents respectfully request an extension of time until September 30, 2026, to submit a response. This is Respondents' first request for an extension. This Office requested Petitioner's counsel's position on this request earlier today and is awaiting his reply.

We respectfully submit that good cause exists for this extension request. Respondents intend to address each of Petitioner's factual, statutory, regulatory, and constitutional arguments advanced on reply. However, due to sustained high case load requirements, the undersigned will need additional time to further coordinate with U.S. Immigration and Customs Enforcement to address Petitioner's factual allegations in order to provide a comprehensive response to the legal issues.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)