**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**A.J.P.S.**,

*Petitioner*,

v.

**JASON BENZEL**, ***et al.***,

*Respondents*.

No. 26-cv-11858

**ORDER**

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on Petitioner A.J.P.S.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention under 8 U.S.C. § 1226(a) and seeking, among other relief, immediate release from custody. (ECF No. 1). The Court reserves the right to issue an Opinion in this matter. The Court has considered the parties' submissions, the record before it, and the arguments presented during the October 7, 2026 hearing, and for the reasons stated on the record,

**IT IS,** on this 7th day of October 2026,

**ORDERED** that the Petition is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner **IMMEDIATELY** and no less than twenty-four (24) hours from this date and time (a) in the State of New Jersey or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time of arrest. Respondents shall promptly file a letter on the docket confirming Petitioner's release in compliance with this Order; and it is further

**ORDERED** that, if release occurs pursuant to this Order, to effectuate meaningful relief,

Respondents shall not arrest, detain, or otherwise take Petitioner into custody for fourteen (14) days following his release.[1] This Court shall retain jurisdiction over any effort to re-arrest or re-detain Petitioner, and Petitioner may move to reopen these proceedings without filing a new habeas petition; and it is finally

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to the United States Attorney's Office at the following email address: USANJ-HabeasCases@usdoj.gov.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: October 7, 2026

[1] But nothing in this Order shall be construed as enjoining Respondents from re-detaining Petitioner in the event of materially changed circumstances bearing on the statutory basis for detention.